Matthew T. Miklave (MTM-9981)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4663
Attorneys for Defendant
Verizon, Inc.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JONATHAN PEMBERTON BEY,

                Plaintiffs,

    - against -

VERIZON, INC.,

                Defendant.
------------------------------------x

JUDGE KAPLAN

07 CIV 7856

STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant "Verizon, Inc." ("Verizon") by its attorneys, Epstein Becker & Green, P.C., certifies that it is a publicly-held corporation with no corporate parent or other corporation that owns 10% or more of its stock.

Dated: New York, New York
       September 6, 2007

                                  EPSTEIN BECKER & GREEN, P.C.

                                  By: _____
                                      Matthew T. Miklave (MTM-9981)
                                  250 Park Avenue
                                  New York, New York 10177
                                  (212) 351-4663
                                  Attorneys for Defendant

NY:2029077v3