Matthew T. Miklave (MTM-9981)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4663
Attorneys for Defendant
Verizon, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JONATHAN PEMBERTON BEY,

                Plaintiff,

    - against -

VERIZON, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. 07 CIV 7856

**ANSWER TO SUMMONS WITH NOTICE**

       Defendant "Verizon, Inc." ("Verizon"), by its attorneys Epstein Becker & Green, P.C., for its answer to plaintiff's summons with notice, pleads a general denial, and therefore denies each and every allegation of fact contained therein.

Dated: New York, New York
       September 13, 2007

EPSTEIN BECKER & GREEN, P.C.

By: _/s/ Matthew T. Miklave_____
     Matthew T. Miklave (MTM-9981)
250 Park Avenue
New York, New York 10177
(212) 351-4663
Attorneys for Defendant

NY:2065348v1