Matthew T. Miklave (MTM-9981)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York  10177
(212) 351-4663
Attorneys for Defendant
Verizon, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JONATHAN PEMBERTON BEY,                   :

                        Plaintiff,      :

                             :   Civ. 07 CIV 7856

        - against -                      :   **AFFIDAVIT OF SERVICE**

VERIZON, INC.,                                          :

                      Defendant.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE   OF   NEW   YORK)
                         )   ss.:
COUNTY OF NEW YORK    )

               Maritza Gonzalez, being duly sworn, says:

               I am not a party to this action, am over 18 years old and reside in the County of The Bronx, State of New York.  On September 13, 2007, I filed the defendant's **Answer to Summons with Notice** via the Court's ECF system and served a true copy of the **Answer to Summons with Notice** upon the following counsel for Plaintiff:

            John DeMaio, Esq.
            75 Maiden Lane, Suite 204
            New York, New York 10038
            Attorney for Plaintiff

via First Class Mail by depositing a true copy of same in a sealed envelop, postage prepaid, in an official depository of the U.S. Postal Service within the State of New York, addressed to counsel at the address indicated above.

Dated:   New York, New York
          September 13, 2007

                                       Maritza Gonzalez

Sworn to before me this
13th day of September, 2007

_____
Notary Public

CAROLE S. MILKER
Notary Public, State of New York
No. 01MI4627136
Qualified in Queens County
Commission Expires December 31, 20__

NY:2067088v1