Matthew T. Miklave (MTM-9981)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4663
Attorneys for Defendant
Verizon, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JONATHAN PEMBERTON BEY,

                Plaintiff,

    - against -

VERIZON, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. 07 CV 7856

**NOTICE OF FILING PURSUANT TO LOCAL RULE 81.1**

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 81.1 of the Local Rules of the Southern District of New York, defendant "Verizon, Inc." ("Verizon") has, on **September 26, 2007**, filed in the Office of the Clerk of the United States District Court, Southern District of New York, the following documents, which constitute all of the state court records and proceedings:

- Plaintiff's Summons with Notice (annexed hereto as Exhibit A);

- Verizon's Demand for Complaint (annexed hereto as Exhibit B); and

- Verizon's Notice of Filing Notice of Removal (annexed hereto as Exhibit C).

Dated: New York, New York
       September 26, 2007

                                            EPSTEIN BECKER & GREEN, P.C.

                                            By: _____
                                                Matthew T. Miklave (MTM-9981)
                                                James G. Murphy (JGM-9152)
                                          250 Park Avenue
                                          New York, New York 10177
                                          (212) 351-4500
                                          Attorneys for Defendant

NY:2098158v1

Matthew T. Miklave (MTM-9981)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York  10177
(212) 351-4663
Attorneys for Defendant
Verizon, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JONATHAN PEMBERTON BEY,

                     Plaintiff,

           - against -

VERIZON, INC.,

                    Defendant.
------------------------------------------------------------- x

Civ. 07 CIV 7856

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                            ) ss.:
COUNTY OF NEW YORK )

         Maritza Gonzalez, being duly sworn, says:

         I am not a party to this action, am over 18 years old and reside in the County of the Bronx, State of New York. On September 26, 2007, I filed the defendant's Notice of Filing Pursuant to Local Rule 81.1 via the Court's ECF system and served a true copy of the Notice of Filing Pursuant to Local Rule 81.1 upon the following counsel for Plaintiff:

         John DeMaio, Esq.
         75 Maiden Lane, Suite 204
         New York, New York 10038

via First Class Mail by depositing a true copy of same in a sealed envelop, postage prepaid, in an official depository of the U.S. Postal Service within the State of New York, addressed to counsel at the address indicated above.

Dated:    New York, New York
              September 26, 2007

_____
Maritza Gonzalez

Sworn to before me this
26th day of September, 2007

_____
Notary Public
NY:2098271v1

CAROLE S. MILKER
Notary Public, State of New York
No. 01MI4627136
Qualified in Queens County
Commission Expires December 31, 20__10