SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

*Plaintiff designates New York County as the place of trial. The basis of the venue is the Defendant's business address*

----------------------------------------X

Jonathan Pemberton Bey,

07110920

                    Plaintiff(s),

**Summons with Notice**

- against -

Verizon, Inc.,

*Plaintiff resides at 120-08 97th Ave, Richmond Hills, NY 11419*

                    Defendant(s).

----------------------------------------X *County of Queens*

*To the above named Defendant*

***You are hereby summoned*** to answer the Summons herein in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is delivered to you within the State of New York); and in case of your failure to appear or answer will be taken against you by default for the relief demanded herein.

*Dated*, May 24, 2007
*Defendant's address:*
c/o Verizon Network City

John DeMaio
*Attorney For Plaintiff*
75 Maiden Lane, Suite 204
New York, NY 10038
Tel (212) 405-2104
Fax (646) 202-1439

*Notice: The nature of this action is breach of Contract, negligence, fraud, willful tort, breach of employment Contract*

*The relief sought is $1,000,000.*
   *Upon your failure to appear, judment will be taken against you by default for the sum of $1,000,000 with interest from May 24, 2007 and the costs of this action.*

NEW YORK
COUNTY CLERK'S OFFICE

AUG 0 9 2007

NOT COMPARED
WITH COPY FILE

Pemberton - Bey

Index No.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Jonathan Pemberton Bey,

                           *Plaintiff(s)*

-against-

Verizon, Inc.

                           *Defendant(s)*

## *Summons with Notice*
Action Not Based Upon A
Consumer Credit Transaction

John DeMaio
Attorney for Plaintiff

Office, Post Office Address and Tel. No.

75 Maiden Lane, Suite 204
New York, New York 10038
Tel (212) 405-2104
Fax (646) 202-1439