SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------x
JONATHAN PEMBERTON BEY,

                Plaintiff,

         - against -

VERIZON, INC.,

                Defendant.
------------------------------------------x

Index No.: 110920-07

Demand for Complaint

      Defendant "Verizon, Inc." ("Verizon") hereby demands that a copy of the Complaint in this action be served upon its attorneys, Epstein Becker & Green, P.C., at 250 Park Avenue, New York, New York 10177-0077 (attention: Matthew T. Miklave).

Dated: New York, New York
       August 30, 2007

                                          EPSTEIN BECKER & GREEN, P.C.

                                          By: _____
                                               Matthew T. Miklave, Esq.
                                               James G. Murphy, Esq.

                                          250 Park Avenue
                                          New York, New York 10177-0077
                                          (212) 351-4500
                                          Attorneys for Defendant

To:    John DeMaio, Esq.
        75 Maiden Lane
        Suite 204
        New York, NY 10038
        Attorney for Plaintiff

NY:2040802v2