UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Jonathan Pemberton Bey
   plaintiff pro se,

V.

Verizon, Inc., Defendant
------------------------------------------------------------X

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ 7856 (LAK)(HBP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
   Purpose: _____

___ Habeas Corpus

___ Social Security

✓ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
   Particular Motion: _____
   All such motions: ✓

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED: New York, New York
       4/8/08

_____
United States District Judge