UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

JONATHAN PEMBERTON BEY,                    :

               Plaintiff,         :        07 Civ. 7856 (LAK)(HBP)

  -against-                                :        ORDER

VERIZON, INC.,                             :

           Defendant.        :

-----------------------------------X

       PITMAN, United States Magistrate Judge:

       A conference having been held on this date, for the reasons stated on the record in open court, it is hereby ORDERED that defendant is directed to show cause in writing no later than July 17, 2008 why this action should not be remanded to New York State Supreme Court for lack of subject matter jurisdiction.

       All other proceedings are stayed pending resolution of the jurisdictional issue.

Dated:  New York, New York
       June 17, 2008

                             SO ORDERED

                             HENRY PITMAN
                             United States Magistrate Judge

Copies transmitted to:

John DeMaio, Esq.
Room 203
75 Maiden Lane
New York, New York  10038

Carrie Corcoran, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, New York  10177